ACCEPTED
15-24-00050-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/5/2025 8:37 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-0050-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/5/2025 8:37:04 AM
CHRISTOPHER A. PRINE
Clerk

# In the Fifteenth District Court of Appeals
# Austin, Texas

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY and
GUADALUPE-BLANCO RIVER AUTHORITY,
*Appellants,*

v.

NATIONAL WILDLIFE FEDERATION,
*Appellee.*

On Appeal from the 98th District Court of Travis County, Texas
Cause No. D-1-GN-20-007096

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY'S
NOTICE OF CHANGE OF COUNSEL AND WITHDRAWAL OF
PREVIOUS COUNSEL

Notice is hereby given, pursuant to Rule 8 of the Texas Rules of Civil Procedure, that Assistant Attorney General Katie B. Hobson is now the attorney in charge on behalf of Appellant Texas Commission on Environmental Quality ("TCEQ"). The previous attorney in charge, Erin Snody, is no longer employed with the Office of the Attorney General and will no longer represent TCEQ.

This change is neither intended to cause nor expected to result in any delay of the proceedings. TCEQ respectfully requests that all future court

filings, notices, pleadings, and correspondence be served upon AAG Katie B. Hobson using the contact information listed below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Katie B. Hobson*
KATIE B. HOBSON
Assistant Attorney General
State Bar No. 24082680
Katie.Hobson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 475-4019 | Fax: (512) 320-0911

**ATTORNEYS FOR THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2025, a true and correct copy of the foregoing was served upon the following counsel electronically through an electronic filing manager or by email:

Marisa Perales
marisa@txenvirolaw.com
PERALES, ALLMON & ICE, P.C.
1206 San Antonio Street
Austin, Texas 78701

***Attorney for National Wildlife Federation***

Samia Broadaway
samia.broadaway@bakerbotts.com
John Ormiston
john.ormiston@bakerbotts.com
Molly Cagle
molly.cagle@bakerbotts.com
BAKER BOTTS, L.L.P.
401 S. First Street, Suite 1300
Austin, Texas 78704-1296

***Attorneys for Guadalupe-Blanco River Authority***

*/s/ Katie B. Hobson*
KATIE B. HOBSON

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Courtney on behalf of Katie Hobson
Bar No. 24082680
laura.courtney@oag.texas.gov
Envelope ID: 96995035
Filing Code Description: Other Document
Filing Description: TCEQ's Notice of Change of Counsel and Withdrawal of Previous Counsel
Status as of 2/5/2025 10:33 AM CST

Associated Case Party: Guadalupe-Blanco River Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Macey ReasonerStokes | | macey.stokes@bakerbotts.com | 2/5/2025 8:37:04 AM | SENT |
| Molly Cagle | 3591800 | molly.cagle@bakerbotts.com | 2/5/2025 8:37:04 AM | SENT |
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 2/5/2025 8:37:04 AM | SENT |
| John Ormiston | 24121040 | john.ormiston@bakerbotts.com | 2/5/2025 8:37:04 AM | SENT |

Associated Case Party: National Wildlife Federation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marisa Perales | 24002750 | marisa@txenvirolaw.com | 2/5/2025 8:37:04 AM | SENT |
| Claire Hamerlinck | | claire@txenvirolaw.com | 2/5/2025 8:37:04 AM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katie B.Hobson | | katie.hobson@oag.texas.gov | 2/5/2025 8:37:04 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Courtney | | laura.courtney@oag.texas.gov | 2/5/2025 8:37:04 AM | SENT |
| Mahita Shankar | | mahita@txenvirolaw.com | 2/5/2025 8:37:04 AM | SENT |